# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-227 B | MAGIS. NO: |
| SEALED V. DARNELL ANTHONY JACKSON | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Tony Fitzgerald Hilt | FILED JAN 3 0 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| DOB:      PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: JUDGE URBINA | SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. DISTRICT COURT JUDGE URBINA | DATE ISSUED: 7/27/06 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: 7/27/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 7-27-06 | NAME AND TITLE OF ARRESTING OFFICER: REPORTING DAVID BALDWIN SDUSM | SIGNATURE OF ARRESTING OFFICER: REPORTING [signature] |
|---|---|---|
| DATE EXECUTED: 1-30-07 | | |
| HIDTA CASE: Yes __ No X | | OCDETF CASE: Yes __ No X |