

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

CR 06 - 227 - 03

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

February 9, 2007

United States District Court
1225 E. Barrett Prettyman
 United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

**FILED**

FEB 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:    Transfer to U.S. Magistrate Judge

Case No. MJ07-00060

Case Title:  United States of America v. Tony Fitzgerald Hilt

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☐ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other  document #5 (NFPV)-pursuant to the E-Government Act of 2002.

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By  Rosalind Tyus-Simon
     Deputy Clerk 213-894-8288

cc:  *U.S. Attorney (Central District of California)*
     *U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned  case number:

_____.

Clerk, U.S. District Court

By _____

_____          Deputy Clerk
Date

CR-48 (01/01)          **LETTER RE:  RULE 40 - TRANSFER OUT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. TONY F. HILT | FINAL COMMITMENT AND WARRANT OF REMOVAL TO THE DISTRICT OF COLUMBIA [WASHINGTON D.C.] |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER 07-0006057M | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | | |

**TO:    UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
☐ filing of a complaint before a U.S. Magistrate Judge
☒ An indictment by a Grand Jury
☒ a bench warrant issued by the U.S. District Judge from the District of Origin charging that on or about

July 27, 2006  in the District of Origin, the defendant did:

Conspiracy to possess with intent to distribute cocaine

in violation of Title(s) __21; 18__, U.S.C., Sections 846, 841(a)(1), and (b)(1)(A)(iv),(B); 853; 2

FILED
CLERK, U.S. DISTRICT COURT
JAN 1 9 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The defendant has now:

☐ duly waived identity hearing, but requested that a preliminary examination be held in the prosecuting district. on

☒ duly waived identity hearing before me on __January 19, 2007__

☐ had a hearing before me on _____, 20 _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.

☐ had a hearing before me on _____, 20_____, and it appears that the defendant is the person named as charged, and
    ☐ BAIL HAS BEEN SET AT $_____ BUT HAS NOT BEEN POSTED.
    ☐ NO BAIL HAS BEEN SET.
    ☒ PERMANENT DETENTION HAS BEEN ORDERED.
    ☐ TEMPORARY DETENTION HAS BEEN ORDERED.

DATED: _January 16, 2007_      _____
         CAROLYN TURCHIN
         UNITED STATES MAGISTRATE JUDGE

## RETURN

Received this commitment and designated prisoner on _____, 20____ and on _____
19___, committed him to _____and left with the custodian at the same time a
certified copy of the within temporary commitment.

         UNITED STATES MARSHAL
         CENTRAL DISTRICT OF CALIFORNIA

DATED:_____      By_____, Deputy

M-15 (06/98)          FINAL COMMITMENT AND WARRANT OF REMOVAL

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 9 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | |
| v. | **07-00060-MJ** |
| Tony Hilt | |
| DEFENDANT. | **WAIVER OF RIGHTS**<br>**(OUT OF DISTRICT CASES)** |

I understand that charges are pending in the _____ District of _Columbia_ alleging violation of ___21 USC 846___ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)

taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;

    (2)    receive a copy of the charge(s) against me;

*-Check one only-*

☐  **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐  **PROBATION OR SUPERVISED RELEASE CASES:**

    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

### I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:

☑  have an identity hearing

☐  receive a copy of the charges(s) against me

☐  have a preliminary examination

☑  have an identity hearing, and I have been informed that I have no right to a preliminary examination

☐  have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

X _____
Defendant

_____
Defense Counsel

Date: __1·19·07__

_____
United States Magistrate Judge

M-14 (03/03)      WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

Name and address

Brianna J. Fuller
Office of the Federal Public Defender
321 E. 2nd St.
Los Angeles, CA 90012

```
          FILED
CLERK, U.S. DISTRICT COURT

      JAN 1 9 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER |
|---|---|
| Plaintiff(s) | 07-00060-M |
| v. | |
| TONY FITZGERALD HILT | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

_____    ☐ Plaintiff  ☐ Defendant  ☑ Other  Federal Public Defender's
                *Name of Party*                                                                    Office

to substitute _____ Brianna J. Fuller _____ who is

☐ Retained Counsel    ☑ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____ 321 E. 2nd Street _____
                                    *Street Address*

Los Angeles, CA 90012                                brianna_fuller@fd.org
        *City, State, Zip*                              *E-Mail Address*

213-894-4784                    213-894-0081                    243641
*Telephone Number*              *Fax Number*                *State Bar Number*

as attorney of record in place and stead of ___Peter Swarth_____
                                                    *Present Attorney*

**is hereby**    ☑ GRANTED    ☐ **DENIED**

Dated  1/19/07                    _____
                                    U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL : IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.**

G–01 ORDER (06/05)        ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

1

2  FEB 0 9 2007

I hereby attest and certify on ____
that the foregoing document is a full, true
3  and correct copy of the original on file in
my office, and in my legal custody.

4  CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
ROSALIND TYUS-SIMON

5  _____
DEPUTY CLERK                        1105

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 9 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6

7

8                UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )    Case No. 07-00060
                                   )
11              Plaintiff,         )    ORDER OF PRETRIAL DETENTION
                                   )           AFTER HEARING
12         v.                      )    (18 U.S.C. § 3142(I))
                                   )
13  Tony Fitzgerald Hill           )
                                   )
14             Defendant.          )
                                   )
15  _____)

16                          I.

17  A.    (✓) On motion of the Government involving an alleged

18        1.    ( ) crime of violence;

19        2.    (✓) offense with maximum sentence of life

20              imprisonment or death;

21        3.    ( ) narcotics or controlled substance offense with

22              maximum sentence of ten or more years;

23        4.    ( ) instant offense is a felony and defendant has

24              two or more convictions for crimes set forth

25              in 1-3 above or for an offense under state or

26              local law that would qualify under 1, 2, or 3

27              above if federal jurisdiction were present.

28

## RECORD OF PROCEEDINGS

CASE NO. __07-00060-M__    TAPE NO. _CR06-10_    DATE: _1/19/07_
PRESENT: THE HONORABLE _Turchin_____, U.S. MAGISTRATE JUDGE
_Deborah A. Malone_____    _William You_____    _N/A_____
Deputy Clerk                Assistant U.S. Attorney          Interpreter

| USA v. | ATTORNEY PRESENT FOR DEFENDANT: |
|---|---|
| _Tony Fitzgerald Hilt_ <br> X Present  X Custody  __Bond  __Not present | _Peter Swarth_ <br> X Present  X CJA  __Retd  __DFPD  __Not present |

**PROCEEDINGS:    ARRIVAL OF PROCESS / FAILURE TO APPEAR HEARING**

X    Process    ☐ received    X not received

☐    Court orders case continued to _____ at_____ a.m./p.m. for _____
_____.

X    Defendant executes waiver of removal hearing and is ordered **HELD TO ANSWER** to the U.S. DISTRICT COURT,
_____District of _Columbia_ at _Washington DC_____.

X    Court orders U.S. Marshal to return the defendant to the U. S. DISTRICT COURT _____District of
_Columbia_ at _Washington DC_____.

X    Final Commitment and Warrant of Removal to issue.

☐    Court orders defendant to appear in the District of Origin no later than _____, 20____.

☐    Bond to be transferred if bail is posted.

☐    Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. DISTRICT COURT at **LOS ANGELES.**

X    Other _Defendant permanently detained_____

**PROCEEDINGS:    IDENTITY OR REMOVAL HEARING**

☐    Witness(es) called, sworn and testified - see separate witness list.

☐    Exhibits are marked and admitted - see separate exhibit list.

**RULING:**

☐    Court finds defendant ☐ to be the person  ☐ not to be the person charged in the ☐ Indictment  ☐ Information

    ☐ Complaint and ORDERS the defendant **HELD TO ANSWER** to the U.S. DISTRICT COURT, _____

    District of _____at_____.

☐    Court finds ☐ probable cause  ☐ no probable cause and orders the defendant returned to the originating district and ORDERS proceedings terminated in this district.

☐    Court ORDERS the U.S. Marshal to return the defendant to U.S. DISTRICT COURT, _____ District of
_____at_____.

☐    Final Commitment and Warrant of Removal to issue.

☐    Court orders defendant to appear in the District of Origin no later than _____, 20____.

☐    Bond to be transferred if bail is posted.

☐    Other _____

| cc: | Blue copy - AUSA | Yellow copy - Defendant | Pink copy - PSA |
|---|---|---|---|

M-50 (2/01)    RECORD OF PROCEEDINGS - ARRIVAL OF PROCESS/ FAILURE TO APPEAR  - I.D. HEARING    20 min

```
 1  GEORGE S. CARDONA
    Acting United States Attorney                          ORIGINAL
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    VINCE FARHAT
 4  Assistant United States Attorney
    California Bar Number 183794
 5  General Crimes Section
            1200 United States Courthouse
 6          312 North Spring Street
            Los Angeles, California 90012
 7          Telephone:   (213) 894-2872
            Facsimile:   (213) 894-0141
 8          E-mail:       vince.farhat@usdoj.gov

 9  Attorney for Plaintiff
    United States of America
10
```

FILED
CLERK, U.S. DISTRICT COURT

JAN 16 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

```
11              UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,      )   Case No. 07-00060-MJ
                                   )
14              Plaintiff,         )
                                   )   GOVERNMENT'S NOTICE OF REQUEST
15                                 )   FOR DETENTION
                                   )
16              v.                 )
                                   )                  FEB 09 2007
17  TONY FITZGERALD HILT,          )   I hereby attest and certify on _____
                                   )   that the foregoing document is a full, true
18              Defendant.         )   and correct copy of the original on file in
                                   )   my office, and in my legal custody.
19  _____)
                                       CLERK U.S. DISTRICT COURT
                                       CENTRAL DISTRICT OF CALIFORNIA
                                       ROSALIND TYUS-SIMON
                                       _____
                                              DEPUTY CLERK
20          Plaintiff, United States of America, by and through its

21  counsel of record, hereby requests detention of defendant and gives

22  notice of the following material factors:

23  _____  1.   Temporary 10-day Detention Requested (§ 3142(d))

24               on the following grounds:

25       _____   a.  offense committed while defendant was on release

26               pending (felony trial), (sentencing) (appeal) or

27               on (probation) (parole);

28
```

```
_____    b.  alien not lawfully admitted for permanent
              residence;
_____    c.  flight risk;
_____    d.  danger to community.
```

__X__    2.  <u>Pretrial Detention Requested (§ 3142(e)) because no
condition or combination of conditions will
reasonably assure against</u>:

    __X__    a.  danger to any other person or the community;

    __X__    b.  flight.

_____    3.  <u>Detention Requested Pending Supervised
Release/Probation Revocation Hearing (Rules
32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

    _____    a.  Defendant cannot establish by clear and
convincing evidence that he/she will not pose
a danger to any other person or to the
community;

    _____    b.  Defendant cannot establish by clear and
convincing evidence that he/she will not
flee.

__X__    4.  <u>Presumptions Applicable to Pretrial Detention (18
U.S.C. § 3142(e))</u>:

    __X__    a.  Title 21 or Maritime Drug Law Enforcement Act
("MDLEA") (46 U.S.C. App. 1901 et seq.) offense
with 10-year or greater maximum penalty
(presumption of danger to community and flight
risk);

2

_____ b.  offense under 18 U.S.C. § 924(c) (firearm

used/carried/possessed during/in relation to/in

furtherance of crime), § 956(a), or § 2332b

(presumption of danger to community and flight

risk);

_____ c.  offense involving a minor victim under 18 U.S.C.

§§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,

2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-

2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

(presumption of danger to community and flight

risk);

_____ d.  defendant currently charged with (I) crime of

violence, (II) offense with maximum sentence of

life imprisonment or death, (III) Title 21 or

MDLEA offense with 10-year or greater maximum

sentence, or (IV) any felony if defendant

previously convicted of two or more offenses

described in I, II, or III, or two or more state

or local offenses that would qualify under I, II,

or III if federal jurisdiction were present, or a

combination of such offenses, AND defendant was

previously convicted of a crime listed in I, II,

or III committed while on release pending trial,

AND the current offense was committed within five

years of conviction or release from prison on the

above-described previous conviction (presumption

of danger to community).

3

1

2   __X__   5.   Government Is Entitled to Detention Hearing

3            Under § 3142(f) If the Case Involves:

4   _____   a.   a crime of violence (as defined in 18 U.S.C.

5            § 3156(a)(4)) or Federal crime of terrorism (as

6            defined in 18 U.S.C. § 2332b(g)(5)(B)) for which

7            maximum sentence is 10 years' imprisonment or

8            more;

9   _____   b.   an offense for which maximum sentence is life

10           imprisonment or death;

11  __X__   c.   Title 21 or MDLEA offense for which maximum

12           sentence is 10 years' imprisonment or more;

13  _____   d.   instant offense is a felony and defendant has two

14           or more convictions for a crime set forth in a-c

15           above or for an offense under state or local law

16           that would qualify under a, b, or c if federal

17           jurisdiction were present, or a combination or

18           such offenses;

19  _____   e.   any felony not otherwise a crime of violence that

20           involves a minor victim or the possession or use

21           of a firearm or destructive device (as defined in

22           18 U.S.C. § 921), or any other dangerous weapon,

23           or involves a failure to register under 18 U.S.C.

24           § 2250;

25  __X__   f.   serious risk defendant will flee;

26  _____   g.   serious risk defendant will (obstruct or

27           attempt to obstruct justice) or (threaten,

28

4

1                       injure, or intimidate prospective witness or

2                       juror, or attempt to do so).

3    \_\_\_\_     6.    Government requests continuance of \_\_\_\_\_ days for

4                  detention hearing under § 3142(f) and based upon the

5                  following reason(s):

6                  _____

7                  _____

8                  _____

9    \_\_\_\_     7.    Good cause for continuance in excess of three days

10                  exists in that:

11                  _____

12                  _____

13                  _____

14

15 DATED: January 16, 2007 _____   Respectfully submitted,

16                                       GEORGE S. CARDONA
                                         Acting United States Attorney

17

18                                       THOMAS P. O'BRIEN
                                         Assistant U.S. Attorney
                                         Chief, Criminal Division

19

20                                       _____

21                                       VINCE FARHAT
                                         Assistant United States Attorney
                                         Attorneys for Plaintiff

22

23

24

25

26

27

28

# FINANCIAL AFFIDAVIT

**CJA 23**
(Rev. 5/98)

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

**US** _____ VS. _____

**Tony Fitzgerald Hilt**

**NFPV**

| | |
|---|---|
| **LOCATION NUMBER** | |

PERSON REPRESENTED (Show your full name)

**Tony Fitzgerald Hilt**

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

**DOCKET NUMBERS**
Magistrate **07 - 60 M**
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed?  ☐ Yes   ☑ No   ☐ Am Self Employed

Name and address of employer: _____

| IF YES, how much do you earn per month? $ _____ | IF NO, give month and year of last employment **2004** How much did you earn per month? $ **approx 1500/month** |
|---|---|

If married is your Spouse employed?   ☑ Yes   ☐ No   – unsure, in home care worker
IF YES, how much does your Spouse earn per month? $ _____   If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☑ Yes   ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

RECEIVED **about $1100**   SOURCES **GR - last received July 2006**

**CASH**

Have you any cash on hand or money in savings or checking account  ☑ Yes   ☐ No   IF YES, state total amount $ **2220** (2200 seized when arrested)

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☑ Yes   ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT   VALUE $ **?**   DESCRIPTION **1994 Blazer, seized**

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents **1**

List persons you actually support and your relationship to them
**Timilian Spikes, wife, she support herself**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Rent – last paid June '06 | | $ | $ 400 |
| | | $ | $ |
| | | $ | $ |
| | | $ 032 | $ |

DOCKETED ON   FEB - 2 2007   BY W

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **1/16/07**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Tony J. Hilt*

5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Western Division |
| | Plaintiff, | |
| vs. | | Case Number: 2:07-MJ-00060    Out of District Affidavit |
| | | Initial App. Date: 01/16/2007    Initial App. Time: 2:00 PM |
| Tony Fitzgerald Hilt | | |
| | Defendant. | Date Filed: 01/16/2007 |
| | | Violation: 21:846,841(a)(1)(b)(B)(iv),853 18: 2 |
| | | Tape Number: _CR06 - 9_ |

| | |
|---|---|
| **PROCEEDINGS HELD BEFORE UNITED STATES**<br>**MAGISTRATE JUDGE: Carolyn Turchin** | **CALENDAR/PROCEEDINGS SHEET**<br>**LOCAL/OUT-OF-DISTRICT CASE** |

**PRESENT:**     Deborah Malone          _Vince  Farhat_          None

_Deputy Clerk_          _Assistant U.S. Assistant_          _Interpreter/Language_

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☑ preliminary hearing OR ☒ removal hearing / Rule 20.

☑ Defendant states true name ☐ is as charged ☒ is _Tonia · Hilt_

☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.

☑ Attorney: Brianna Fuller, DFPD ☒ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)

   ☐ Special appearance by: _____.

☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).

☐ **BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR**
   **CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at 4:30 PM _____

☐ PIA set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____

   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____

   ☐ Warrant of removal and final commitment to issue.

   ☐ Warrant of removal and final commitment are ordered stayed until _____

☑ Case continued to (Date) ~~1/16/07~~ 2/19/07 (Time) _10: AM_ AM / PM
   Type of Hearing: _Detention/ID_ Before Judge _Turchin_ /Duty Magistrate Judge.
   Proceedings will be held in the ☑ Duty Courtroom _3-41_ ☐ Judge's Courtroom _____

☐ Defendant committed to the custody of the U.S. Marshal. ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ RELEASE ORDER NO: _____

☐ Other: _____

          ☐ **PSA**          ☐ **FINANCIAL**          ☐ **READY**

cc  ☐ USPO          Deputy Clerk Initials _DM -_
                                              : _25 Min_

M-5 (11/04)          CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE          Page 1 of 1

P.02
CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO: | MAGIS. NO: |
|---|---|---|

UNSEALED

v.

06-227 03

DARNELL ANTHONY JACKSON

NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED:

Tony Fitzgerald Hilt

07-0060M

DOB:          PDID:

| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST |
|---|---|---|

| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |
|---|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE KILOGRAM OR MORE OF PHENCYCLIDINE;
UNLAWFUL DISTRIBUTION OF ONE HUNDRED GRAMS OR MORE OF PHENCYCLIDINE;
CRIMINAL FORFEITURE;
AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

21:846; 21:841(a)(1) and 841(b)(1)(A)(iv); 21:841(a)(1) and 841(b)(1)(B)(iv); 21:853; and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| JUDGE URBINA | U.S. DISTRICT COURT JUDGE URBINA | 7/27/06 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
| Nancy Mayer-Whittington | | 7/27/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

| HIDTA CASE: | Yes | No | X | | OCDETF CASE: | Yes | | No | X |
|---|---|---|---|---|---|---|---|---|---|

JAN-12-2007  FRI 17:53    TEL:2134734824        NAME:OSB-GED        P.  2

I hereby attest and certify on **FEB 0 9 2007**
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**ROSALIND TYUS-SIMON**

_____
DEPUTY CLERK

1105

FILED

2007 JAN 16 AM 11: 19

CENTRAL DISTRICT COURT
LOS ANGELES OF CALIF.

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER  07 - 0060M  06 - 227-03 |
|---|---|
| V. | |
| TONY FITZGERALD HOLT | **REPORT COMMENCING CRIMINAL ACTION** |
| DEFENDANT(S). | |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest ___1/12/2007___    ___3:00___    ☐ AM / ☒ PM

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC):

    ___CONSPIRACY TO DISTRIBUTE PHENCYCLIDINE (PCP), 21:846, 21:841, 21:853___

3.  Offense charged is a: ☒ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4.  U.S. Citizen: ☒ Yes    ☐ No    ☐ Unknown

5.  Year of Birth: ___1969___

6.  The defendant is: ☒ Presently in custody on this charge.
    ☐ At liberty on bond posted before a Magistrate Judge.
    ☐ At liberty and warrant is requested.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

7.  Place of detention (if out-of-district): _____

8.  Date detainer placed on defendant: _____

9.  This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)

10. Name of Pretrial Services Officer: ___DUTY OFFICER___

11. Remarks (if any): _____

    _____

12. Date: ___1/16/07___         13. Signature: ___K. Schadt___

14. Name: ___KEVIN SCHADT___    15. Title: ___SPECIAL AGENT___

FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

2007 JAN 16  AM 11: 19

LOS ANGELES

UNITED STATES OF AMERICA
                                    PLAINTIFF(S)

          v.

TONY FITZGERALD HILT

                                    DEFENDANT(S).

CASE NUMBER

06-227-03

07-0060M

AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: __INDICTMENT__
in the _____ District of __COLUMBIA__ on __MAY 11, 2006__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __SEPTEMBER 2005__
in violation of Title __21__ U.S.C., Section(s) __846, 853, 841(a)(1), 841(b)(1)(A)(iv)__
to wit: _____ 841(b)(1)(3)
                                                                                                    (iv)

A warrant for defendant's arrest was issued by: __U.S. DISTRICT COURT JUDGE URBINA__

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I hereby attest and certify on __FEB 0 9 2007__
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
ROSALIND TYUS-SIMON

DEPUTY CLERK                                     1105

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __1/16/07__, by

_____, Deputy Clerk.

_____                    __KEVIN SCHADT__
Signature of Agent                              Print Name of Agent

_____                    __SPECIAL AGENT__
Agency    FBI                                   Title

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

# U.S. District Court
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:07-mj-00060-DUTY-ALL
### Internal Use Only

Case title: USA v. Hilt                                Date Filed: 01/16/2007

Assigned to: Duty Magistrate Judge

**Defendant**

**Tonia Hilt** (1)
*TERMINATED: 01/19/2007*
*also known as*
Tony Fitzgerald Hilt (1)
*TERMINATED: 01/19/2007*

represented by **Brianna J Fuller**
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012
US
213-894-4784
Email:
zzCAC_FPD_Document_Receiving@fd.org
*TERMINATED: 01/19/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Peter Carl Swarth**
Peter C Swarth Law Offices
4804 Laurel Canyon Blvd, Ste 232
North Hollywood, CA 91607
323-850-1202
Email: pswarth@ca.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*



FEB 0 9 2007

I hereby attest and certify on ____
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
ROSALIND TYUS-SIMON
DEPUTY CLERK

1105

**Pending Counts**                              **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                  **Disposition**

Defendant in violation of 21:846, 853, 841(a)(1), 841(b)(1)(A)(iv); 841(b)(2)(3)(iv)

Defendant held to answer to the District of Columbia at Washington D.C.

**Plaintiff**

**USA**

represented by **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2007 | | ***Defendant Tony Fitzgerald Hilt ARRESTED (Rule 5(c)(3)) (ghap, ) (Entered: 02/02/2007) |
| 01/16/2007 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Tony Fitzgerald Hilt, originating in the District of Columbia, Washington. Defendant charged in violation of: 21:846, 853, 841(a)(1), 841(b)(1)(A)(iv); 841(b)(2)(3)(iv). Signed by agent Kevin Schadt, FBI, Special Agent. (ghap, ) (Entered: 02/02/2007) |
| 01/16/2007 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Tony Fitzgerald Hilt; defendants Year of Birth: 1969; date of arrest: 1/12/2007 (ghap, ) (Entered: 02/02/2007) |
| 01/16/2007 | 3 | Defendant Tony Fitzgerald Hilt arrested on warrant issued by the USDC District of Columbia at Washington. (ghap, ) (Entered: 02/02/2007) |
| 01/16/2007 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Carolyn Turchin as to Defendant Tony Fitzgerald Hilt. Defendant arraigned and states true name is Tonia Hilt. Attorney: Brianna J Fuller for Tony Fitzgerald Hilt, DFPD, present. Detention and Identity Hearing set for 2/19/2007 10:00 AM before Magistrate Judge Carolyn Turchin. Tape #: CR 06-9. (ghap, ) (Entered: 02/02/2007) |
| 01/16/2007 | 5 | FINANCIAL AFFIDAVIT filed as to Defendant Tonia Hilt. (ghap, ) (Entered: 02/02/2007) |
| 01/16/2007 | 6 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Tonia Hilt (ghap, ) (Entered: 02/02/2007) |
| 01/19/2007 | 7 | MINUTES OF RULE 5(c)(3) ARRIVAL OF PROCESS HEARING held before Magistrate Judge Carolyn Turchin. Process not received. Defendant Ordered permanently detained. Court orders defendant held to answer to District of Columbia at Washington, DC. Warrant of Removal and final commitment to issue. Tape #: CR06-10. (rts ) (Entered: 02/09/2007) |
| 01/19/2007 | 8 | ORDER OF DETENTION by Magistrate Judge Carolyn Turchin as to Defendant Tonia Hilt. (rts ) (Entered: 02/09/2007) |
| 01/19/2007 | 9 | REQUEST FOR APPROVAL OF SUBSTITUTION OF attorney Peter Swartz in place of attorney Brianna Fuller. Filed by Defendant Tonia Hilt. (rts ) (Entered: 02/09/2007) |
| 01/19/2007 | 10 | ORDER by Magistrate Judge Carolyn Turchin as to Defendant Tonia Hilt, granting REQUEST FOR APPROVAL OF SUBSTITUTION OF attorney Peter Swarth in place |

| | | |
|---|---|---|
| | | of attorney Brianna Fuller9. Added attorney Peter Carl Swarth for Tonia Hilt. Attorney Brianna J Fuller terminated in case as to Tonia Hilt. (rts ) (Entered: 02/09/2007) |
| 01/19/2007 | | ORDER by Magistrate Judge Carolyn Turchin granting 9 Request for Appoval of Substitution of Attorney as to Tonia Hilt (1). (rts ) (Entered: 02/09/2007) |
| 01/19/2007 | 11 | WAIVER OF RIGHTS approved by Magistrate Judge Carolyn Turchin as to Defendant Tonia Hilt. I HEREBY WAIVE (GIVE UP) MY RIGHTS TO have an identity hearing and have an identity hearing, and I have been informed that I have no right to a preliminary examination. (rts ) (Entered: 02/09/2007) |
| 01/19/2007 | 12 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Carolyn Turchin that Defendant Tonia Hilt be removed to the District of Columbia at Washington D.C. (rts ) (Entered: 02/09/2007) |
| 01/19/2007 | | ***Magistrate Case Terminated. (rts ) (Entered: 02/09/2007) |