IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-227 (RBW) |
| ) | |
| ) | |
| TONY HILT | |
| _____ | |

**APPEARANCE**

    The Clerk of the United States District Court for the District of Columbia, Criminal Division, will kindly note that Joseph Beshouri, Esquire, a member in good standing with the D.C. Bar, hereby enters his appearance, on behalf of the defendant, Tony Hilt.

Respectfully submitted,

//s//
JOSEPH BESHOURI
Counsel for Tony Hilt
419 - 7th Street, N.W., Suite 201
Washington, D.C. 20004
(202) 842-0420
jbeshouri@aol.com