UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-227** |
| | : | |
| v. | : | |
| | : | **Under Seal** |
| **DARNELL JACKSON, ET. AL** | : | |

**ORDER**

Having reviewed the government's previous motion requesting additional time under the Speedy Trial Act due to the recent arrest of Troy Hopkins, which motion has not yet been ruled on by this Court, and having reviewed the government's motion for enlargement of time (10 days) in which to file motions, it is hereby

ORDERED that the period of time in which to file motions is enlarged by 10 days. It is further

ORDERED that motions shall be filed by Monday June 18, 2007.

_____                              _____
Date                                                            REGGIE B. WALTON, JUDGE
                                                                  UNITED STATES DISTRICT COURT
                                                                   FOR THE DISTRICT OF COLUMBIA

cc:
Elisa Poteat and
Emory Cole
Assistant U.S. Attorneys
elisabeth.s.poteat@usdoj.gov
emory.cole@usdoj.gov

    Defense Counsel:
1)    Mr. Howard Bernard Katzoff, Esq.
    Counsel for Defendant Lawrence Bryant
    katzoffh@aol.com

2)     Mr. James W. Rudasill, Jr., Esq.
Counsel for Defendant John Downs
rudasilljr7@aol.com

3)     Mr. Nathan Silver, Esq.
Counsel for Defendant Darnell Jackson
nisquire@aol.com

4)     Mr. Rudy Acree, Esq.
Counsel for Defendant Bernie Hargrove
Faxed to 202-331-7004

5)     Mr. Jensen Barber, Esq.
Counsel for Defendant Keith Roots
jebarber@aol.com

6)     Mr. Gary Sidell, Esq.
Counsel for Defendant Lanika Mercedes Franklin
suitcase@verizon.com

7)     Mr. Harry Tun
Counsel for Defendant Troy Chavious
Tunharry@aol.com

8)     Mr. Steven J. McCool
Attorney for Defendant Damon Dixon
smccool@mallonandmccool.com

9)     Mr. Cary Clennon
Attorney for Defendant Troy Hopkins
Clennon_law@comcast.net