IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 06-227 (RBW) |
| ) | |
| ) | |
| TONY HILT  ) | |

### ORDER

Upon review of the **Defendant's Motion *In Limine* For an Order Directing the Government to Timely Provide Impeachment Evidence as to All Out-of-Court Declarants** ("Motion"),

**IT IS ORDERED,** that the defendant's Motion is hereby GRANTED.

**IT IS ACCORDINGLY ORDERED** that the government provide the defendant impeachment material as to all out-of-court declarants at the same time as such materials are provided – or otherwise would be provided if such existed – for the witness who would testify as to statements by the out-of-court declarants.

**SO ORDERED**.

_____
JUDGE REGGIE B. WALTON

DATE _____