UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-227 |
| | : | |
| v. | : | |
| | : | |
| TROY ANTOINE HOPKINS | : | |

## GOVERNMENT'S NOTICE OF PRIOR CONVICTIONS AND SENTENCING ENHANCEMENTS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the defendant of its intent to use his prior felony convictions in order to seek an enhancement in his sentence pursuant to Title 21 United States Code, Section 841(b), Title 18 United States Code, Section 3553, and under the Federal Sentencing Guidelines. Further the government will also serve the defendant personally in open court at the next status hearing. As grounds for this notice, the government states as follows:

1. On April 28, 2000, Troy Antoine Hopkins was sentenced in two felony cases. In Case CT962486X, he was sentenced after having pleaded guilty to Possession With Intent to Distribute Cocaine, a felony under the laws of the State of Maryland, and he received a sentence of one year, to be served concurrently with CT98088A. In case number CT98088A, he was sentenced after having pleaded guilty to Manufacturing or Distributing Cocaine, a felony under the laws of the State of Maryland, and he received a sentence of one year which was to run concurrently to the sentence in CT962486X.

2. On June 25, 1995, Troy Antoine Hopkins was sentenced after having pleaded guilty to Possession with Intent to Distribute Cocaine in case number CT950136X, a felony

under the laws of the State of Maryland, and he received a sentence of one to five years in prison, all but 135 days suspended.

3.  On September 27, 2002, Troy Antoine Hopkins was sentenced in case number CT020270X, after pleading guilty to Second Degree Assault, a felony under the laws of the State of Maryland, and the sentence he received was four years of incarceration, all but 18 months suspended, three years supervised release, and a fine.

>Respectfully submitted,
>
>JEFFREY TAYLOR
>United States Attorney
>Bar No. 498-610
>
>_____
>S. Elisa Poteat
>Assistant United States Attorney
>555 4th Street, N.W.
>Washington, DC 20001
>Bar. No. 420-604

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendants below.

>_____
>S. Elisa Poteat
>Assistant United States Attorney

Defense Counsel:
1) Mr. Howard Bernard Katzoff, Esq.
   Counsel for Defendant Lawrence Bryant
   katzoffh@aol.com

2) Mr. James W. Rudasill, Jr., Esq.
   Counsel for Defendant John Downs
   rudasilljr7@aol.com

3)  Mr. Nathan Silver, Esq.
    Counsel for Defendant Darnell Jackson
    nisquire@aol.com

4)  Mr. Rudy Acree, Esq.
    Counsel for Defendant Bernie Hargrove
    Faxed to 202-331-7004

5)  Mr. Jensen Barber, Esq.
    Counsel for Defendant Keith Roots
    jebarber@aol.com

6)  Mr. Gary Sidell, Esq.
    Counsel for Defendant Lanika Mercedes Franklin
    suitcase@verizon.com

7)  Mr. Harry Tun
    Counsel for Defendant Troy Chavious
    Tunharry@aol.com

8)  Mr. Steven J. McCool
    Attorney for Defendant Damon Dixon
    smccool@mallonandmccool.com

9)  Mr. Cary Clennon
    Attorney for Defendant Troy Hopkins
    Clennon_law@comcast.net