IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 06-227 (RBW) |
| ) | |
| ) | |
| TONIA ("Tony") HILT ) | |

## MOTION FOR LEAVE TO ADOPT AND JOIN
## CERTAIN MOTIONS FILED BY CO-DEFENDANT

The defendant, by and through undersigned counsel, respectfully moves for leave to adopt and join in certain motions filed by co-defendant Damon Dixon, as listed below.

In support thereof, the defendant states:

In the interest of judicial economy and to avoid duplicated effort among counsel, Defendant Hilt seeks to adopt and conform the following three (3) motions, filed by defendant Damon Dixon:

**1.** Motion To Exclude Witnesses Prior To And During The Trial Of This Case And To Disclose All Instances Where Witnesses Were Interviewed Jointly;

**2.** Motion to Immediately Disclose Any And All Contact Between Government Agents Or Prosecutors And Potential Jailhouse Informants Incarcerated With Defendant [Tonia Hilt] And Memorandum In Support;

**3.** Motion For Notice Of Government's Intention To Invoke Residual Hearsay Exception Under Rule 807

Respectfully submitted,

JOSEPH BESHOURI
Bar Number 412199
419 Seventh St., N.W.
Suite 201
Washington, D.C. 20004
(202) 842-0420