IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-227 (RBW) |
| | ) | |
| | ) | |
| TONIA ("Tony") HILT | ) | |

_____

## **ORDER**

Having reviewed the defendant **Motion For Leave To Adopt And Join Certain Motions**

**Filed By Co-defendants** ("Motion") it is hereby

ORDERED, that the defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that defendant Hilt will be allowed to adopt the three motions listed in his

Motion, filed by co-defendant Damon Dixon.

_____

JUDGE REGGIE B. WALTON

DATE _____