IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-227 (RBW) |
| | ) | |
| | ) | |
| TONY FITZGERALD HILT | ) | |
| | ) | |
| (Lead Defendant Darnell A. Jackson) | ) | |

**DEFENDANT'S MOTION FOR INTERIM PAYMENTS
FOR ATTORNEYS APPOINTED PURSUANT TO 18 U.S.C. 3006A**

Counsel for defendant Tony Hilt respectfully moves this Court, pursuant to Paragraph 2.30A, Guidelines for the Administration of the Criminal Justice Act, and Vol. VII, Guide to Judicial Policies and Procedures, to determine that this case is both "extended" and "complex", thus justifying the authorization of interim payments to appointed counsel.

In support of his motion, counsel for the defendant states:

Counsel was appointed to this case to January 30, 2007 (*nunc pro tunc*). The now-pending Indictment charges the defendant and thirteen others with Conspiracy to Distribute and Possess With Intent to Distribute One Kilogram or More of PCP. Trial is scheduled to begin on September 24, 2007. The Government has estimated that if the defendants yet remaining proceed to trial, the trial will last six to eight weeks.

Extensive discovery has been provided by the Government, including the results of Title III wire intercepts amounting to several thousand activations. A significant number of search warrants were also executed, and a significant volume of police reports as well as video evidence were otherwise generated during the investigation phase.

Given the extended and complex nature of the case and the time and energy demanded of counsel in the course of litigating and trying this case, it is respectfully submitted that interim payments are in order.

It is expected that counsel for other defendants would seek to join in this request.

WHEREFORE, for the above-noted reasons, counsel for the defendant respectfully moves this Court for an Order for Interim Payments.

Respectfully submitted,

JOSEPH BESHOURI
D.C. Bar No. 412199
419 - 7th Street, N.W., Suite 201
Washington, D.C. 20004
(202) 842-0420