IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| v. ) | Criminal No. 06-227 (RBW) |
| ) | |
| ) | |
| TONY FITZGERALD HILT ) | |
| ) | |
| (Lead Defendant Darnell A. Jackson) ) | |

## DEFENDANT'S MOTION FOR APPROVAL OF INTERIM
## PAYMENTS FOR HIS INVESTIGATOR

Appointed counsel for defendant Tony Hilt respectfully moves this Court to authorize interim payments to the investigator he has engaged on the defendant's behalf.

In support of his motion, counsel for the defendant states:

Counsel was appointed to this case to January 30, 2007 (*nunc pro tunc*). The services of an investigator, Joseph Aronstamn, were then enlisted and an investigation voucher thereafter sought and issued. Filed in companion with the instant Motion is a request that this Court approved interim payments for all appointed counsel (Doc. 129). Because Mr. Aronstamn has been assisting – and will continue to assist – undersigned counsel going forward in the investigation and then trial of this complex and extended case, undersigned counsel moves this Court to approve interim vouchers for his investigator as well.

WHEREFORE, for the above-noted reasons, counsel for the defendant respectfully moves this

Court for an Order for Interim Payments for his investigator.

        Respectfully submitted,

        JOSEPH BESHOURI
        D.C. Bar No. 412199
        419 - 7th Street, N.W., Suite 201
        Washington, D.C.  20004
        (202) 842-0420