IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 06-227-03 (RBW) |
| ) | |
| ) | |
| TONIA ("Tony") HILT ) | |

## SECOND MOTION FOR LEAVE TO ADOPT AND JOIN MOTIONS FILED BY CO-DEFENDANTS

The defendant, by and through undersigned counsel, respectfully moves for leave to adopt and join a motion filed by co-defendant Lawrence Bryant.

In support thereof, the defendant states:

In the interest of judicial economy and to avoid duplicated effort among counsel, Defendant Hilt seeks to adopt and conform the following motion, filed by defendant Lawrence Bryant:

**1.** Motion To Suppress Electronic Surveillance Evidence And Tangible Evidence And Memorandum of Points And Authorities In Support Thereof

Respectfully submitted,

JOSEPH BESHOURI
Bar Number 412199
419 Seventh St., N.W.
Suite 201
Washington, D.C.  20004
(202) 842-0420

Counsel for Tony Hilt