IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 06-227-03 (RBW) |
| ) | |
| ) | |
| TONIA ("Tony") HILT ) | |

### **ORDER**

Having reviewed the defendant **Second Motion For Leave To Adopt And Join Certain Motions Filed By Co-defendants** ("Motion") it is hereby

**ORDERED,** that the defendant's Motion is **GRANTED**; and it is further

**ORDERED**, that defendant Hilt will be allowed to adopt the following motion, filed by co-defendant Lawrence Bryant:

**1.** Motion To Suppress Electronic Surveillance Evidence And Tangible Evidence And Memorandum of Points And Authorities In Support Thereof

_____
JUDGE REGGIE B. WALTON

DATE _____