IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

FILED
JUN 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-227 (RBW) -3 |
| ) | |
| ) | |
| TONY FITZGERALD HILT ) | |
| ) | |
| (Lead Defendant Darnell A. Jackson) ) | |

## ORDER FOR INTERIM PAYMENTS

Due to the expected length and complexity of the proceedings in this matter, appointed counsel may use the following procedures to obtain interim payments during the course of representation:

Counsel may submit to the Office of the Federal Public Defender every two months an interim voucher, setting forth an itemization of compensation earned and reimbursable expenses. After a review by that Office, the Court will review the interim vouchers when submitted and will authorize compensation to be paid for the approved number of hours, up to a total of $7,000, and all reimbursable expenses reasonably incurred during the interim period. To the extent that the first interim voucher or any subsequent interim voucher cumulatively seeks compensation exceeding $7,000, such vouchers must be approved by both this Court and the Chief Judge of this Circuit before disbursement can be made.

One fifth of the out of court compensation approved for each voucher shall be withheld until a final accounting. At the conclusion of the representation, counsel shall submit a final voucher seeking payment of the amount withheld.

Counsel may submit the first interim voucher for all compensation and expenses from the date of appointment to the end of the month when this Order is approved and filed.

**SO ORDERED**.

_____
JUDGE REGGIE B. WALTON
United States District Judge

DATE  6/21/07

_____
JANICE ROGERS BROWN
Circuit Judge, U.S. Court of Appeals
  For the District of Columbia

DATE  6/25/07