CR 06-227-03-RBW

FILED
AUG 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTUAL PROFFER OF TONY HILT A.K.A. TONIA FITZGERALD HILT

The facts contained herein are not complete in all details. Instead they are provided in order to demonstrate that the elements of the charged offense have been met for purposes of a plea in this case. These are not all of the facts known to the defendant, TONY HILT A.K.A. TONIA FITZGERALD HILT (hereinafter "HILT"), and to the Government.

In at least 2004, HILT was introduced to Troy Hopkins (hereinafter "Hopkins") whom he met through Tinesha Adams in the Mona Park area of Los Angeles. Adams asked HILT if he could arrange for Hopkins to buy gallon quantities of Phencyclidine (hereinafter "PCP"). HILT knew of several suppliers of PCP in the Compton and Mona Park areas from whom he got PCP to supply to Hopkins. These suppliers included "Cliff" (Clifford Oliver), "Mike" (Michael Johnson), and their various associates, among others.

HILT supplied Hopkins with one or more gallon quantities of PCP regularly between 2004 and the summer of 2006. During the period of time when HILT was supplying Hopkins, he met Darnell Anthony Jackson through Hopkins and began also supplying Jackson with gallon quantities of PCP as well.

HILT was often paid by Hopkins and Jackson through women or men who brought him the payments for the PCP in person. Some of the people who brought money to him were, Crystal Parker, among others. Troy Chavious, Hopkins, Jackson, and other male members of the conspiracy also brought HILT money to pay for the PCP, though Hopkins sent Chavious to deliver the money after he made arrangements with HILT to purchase PCP and did not bring HILT the money in person. At least two times, HILT received some of the payment through a wire transfer of money.

HILT knew that Tinesha Adams was a California-based courier and coordinator of the couriers and he learned that the drugs were being taken by the couriers to Washington, D.C. aboard airplanes. HILT understood generally that many of the women in the conspiracy served as couriers of drugs. HILT believed that Adams knew a lot of PCP sellers through her prior job at Mona Park and could therefore connect PCP buyers with PCP sellers. During the period of the conspiracy, Adams would often come to HILT's father-in-law's home on 124th Street in Compton, California to pick up the PCP purchased by Hopkins and Jackson.

HILT also understood that Dominique Michelle Washington was a courier who transported drugs for Jackson, though he did not know whether she transported drugs for Hopkins. He also knew that Scott Wages, whom HILT believed worked for Hopkins, would sometimes wait outside the 124th Street house in the car while Adams or others would retrieve the gallon quantities of PCP from HILT. HILT knew that Troy Chavious was working for Hopkins and would come to California to get the PCP, pay for the PCP, and coordinate with the couriers on Hopkins' behalf.

HILT did not realize that the PCP he sold was coming to Washington, D.C. and the surrounding areas until members of the conspiracy invited him to a party in the Washington, D.C. area. By that time, HILT was selling several gallons of PCP a month, if not more, to members of the conspiracy.

HILT became nervous in May 2006 when he learned that two gallons of PCP he had given to Tinesha Adams had been intercepted by law enforcement at an airport in the Washington, D.C. area. After that, he began to withdraw from his relationship to the members of conspiracy because he feared he would be caught.

While selling PCP to the members of the conspiracy, HILT sometimes visited at the apartment of a female friend in the City of ~~Downey~~ Bellflower, a municipality within Los Angeles County, California. HILT stored an AK-47 assault rifle and other ammunition at this apartment.

Therefore HILT distributed and possessed with intent to distribute over 30 kilograms of PCP during the period of the instant conspiracy.

I agree that the above facts are true and correct. The above facts are not everything that is known to TONY HILT, A.K.A. TONIA FITZGERALD HILT, but only a sample of the facts in order to establish a factual basis for the plea of guilty in this case.

_____
TONY HILT A.K.A. TONIA FITZGERALD HILT
DEFENDANT

_____
JOSEPH BESHOURI
COUNSEL FOR MR. HILT

_____
S. ELISA POTEAT
ASSISTANT U.S. ATTORNEY

_____
EMORY V. COLE
ASSISTANT U.S. ATTORNEY