CO-526
(12/86)

**FILED**

AUG 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   )
                           )
                           )
         vs.               )    Criminal No. 06-227-03
                           )
Tonia Hilt a.k.a. Tony Hilt)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
             Defendant

_____
       Counsel for defendant

I consent:

_____
    United States Attorney

Approved:

_____  8/10/07
             Judge