IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-227 (RBW) |
| ) | |
| ) | |
| TONIA ("Tony") HILT ) | |

**NOTICE OF CHANGE OF ADDRESS**

Undersigned counsel notes the following change of business address:

419 - 7th Street, N.W., **Suite 405**, Washington, D.C. 20004.[1]

Respectfully submitted,

JOSEPH BESHOURI
Counsel for Tonia Hilt
Bar No. 412-199
419 - 7th Street, N.W.
Suite 405
Washington, D.C. 20004
(202) 842-0420

---

[1] Former address**:** 419 - 7th Street, N.W., **Suite 201**, Washington, D.C. 20004