# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

FILED
OCT 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America
   vs.

DKT No.: **CR-06-00227-03**

**Tony Fitzgerald Hilt**

## REQUEST FOR EXTENSION AND DELAY OF SENTENCING

1. Extension for additional time to complete presentence report granted

    New sentencing date: _December 18, 2007 @ 9:00 AM_

2. Extension for additional time to complete presentence report denied. _____

## ORDER OF COURT

Considered and ordered this __4th__ day of __October__, 2007.

_____
**REGGIE B. WALTON**
**United States District Judge**